# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 22 WM 2016

          Respondent         :

          v.         :

ROSHA CHARLES WILLIAMS,     :

          Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2016, the Petition for Assumption of Jurisdiction and Consolidation is **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (providing that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filing to counsel of record.